# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| RICHARD STEINER | § | |
| | § | |
| V. | § | CASE NO. 4:06cv177 |
| | § | (Judge Schneider/Judge Bush) |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action for judicial review of the administrative denial of social security disability insurance benefits, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On December 29, 2006, the Report of the Magistrate Judge was entered containing his proposed findings of fact and recommendations that the Defendant's Motion to Dismiss (Docket No. 5) should be GRANTED. Plaintiff timely objected to the report on January 1, 2007 (Docket No. 8).

Having made a *de novo* review of the objections raised by Plaintiff thereto, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Plaintiff are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the motion is **GRANTED** and the above case is **DISMISSED**.

**SIGNED this 18th day of January, 2007.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE